**John PASSMORE, Appellant**

v.

**John E. WETZEL, Secretary of Corrections, Appellee.**

Supreme Court of Pennsylvania.

Jan. 22, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of January, 2013, the Order of the Commonwealth Court is **AFFIRMED.**

■

**Thomas B. COTTON, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Jan. 22, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of January, 2013, the Order of the Commonwealth Court is hereby **AFFIRMED.**